1  THE LAW OFFICES OF STEPHEN B. MORRIS
   Stephen B. Morris, Cal. Bar No. 126192
2  444 West C Street, Suite 300
   San Diego, California  92101
3  Telephone:  619.239.1300
   Facsimile:  619.374.7082
4  E-mail:  morris@sandiegolegal.com

5  Attorneys for Plaintiff
   Allison Pappas

6
   MESSNER REEVES, LLP
7  Charles C. Cavanagh, Cal. Bar No. 198468
   1430 Wynkoop Street, Suite 300
8  Denver, Colorado  80202
   Telephone:  303.623.1800
9  Facsimile:  303.623.0552
   E-mail:  ccavanagh@messner.com

10
   SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
11    A Limited Liability Partnership
      Including Professional Corporations
12 SASCHA HENRY, Cal. Bar No. 191914
   333 South Hope Street, 43rd Floor
13 Los Angeles, California  90071-1422
   Telephone:  213.620.1780
14 Facsimile:  213.620.1398
   Email:  shenry@sheppardmullin.com

15
   Attorneys for Defendant
16 Chipotle Mexican Grill, Inc.

17

18                UNITED STATES DISTRICT COURT

19                SOUTHERN DISTRICT OF CALIFORNIA

20

| 21 | ALLISON PAPPAS, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:16-cv-0612-MMA-JLB |
|---|---|---|
| 22 | | *Hon. Michael M. Anello, Ctrm. 3A* |
| 23 | Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| 24 | v. | [Fed. R. Civ. Proc. 41(a)(1)(A)(ii)] |
| 25 | CHIPOTLE MEXICAN GRILL, INC., a Delaware corporation, | |
| 26 | Defendant. | Action Filed:  March 10, 2016<br>Trial Date:      TBD |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Allison Pappas and defendant Chipotle Mexican Grill, Inc., by and through their respective counsel of record, hereby stipulate to the dismissal, with prejudice, of this action.

Dated: December 12, 2016   THE LAW OFFICES OF STEPHEN B. MORRIS

By: *Stephen B. Morris* (signature)
Stephen B. Morris
Attorneys for Plaintiff
Allison Pappas

Dated: December 12, 2016   MESSNER REEVES, LLP

By: (signature)
Charles C. Cavanagh
Attorneys for Defendant
Chipotle Mexican Grill, Inc.